# UNITED STATES DISTRICT COURT

_____ DISTRICT OF MASSACHUSETTS _____

**UNITED STATES OF AMERICA**

v.

**ROBERT P. HULTZEN**

## CRIMINAL COMPLAINT

M.J. No.: MJ05-M-231 JLA

I, the undersigned complainant, being duly sworn, state the following is true and correct to the best of my knowledge and belief. On or about **April 19, 2005** in **Norfolk County,** and elsewhere, in the District of **Massachusetts,** the defendant did knowingly and intentionally possess with intent to distribute, 100 kilograms or more of marijuana, a Schedule I controlled substance, in violation of Title **21** United States Code, Section(s) **841(a)(1)**. I further state that I am a **D.E.A. Special Agent** and that this complaint is based on the following facts:

**Please see attached Affidavit of D.E.A. Special Agent Daniel Doherty**

Continued on the attached sheet and made a part hereof:   [x] Yes   [ ] No

_____
Signature of Complainant
Special Agent Daniel Doherty

Sworn to before me and subscribed in my presence,

**April 19, 2005** at **Boston, Massachusetts**
Date                                City and State

**Joyce London Alexander**
**United States Magistrate Judge**               _____
Name and Title of Judicial Officer               Signature of Judicial Officer

## AFFIDAVIT OF DANIEL DOHERTY

1. Daniel Doherty, being duly sworn, states as follows: I am a Special Agent ("SA") with the United States Drug Enforcement Administration ("DEA") and have been so for the past twenty one years.

2. I am assigned to the Boston, MA Office. I have received training in narcotics offenses with the DEA and periodic updated training during the course of my career.

3. I have attended numerous other narcotics related training courses in my career. I received a Bachelor's degree prior to my employment with the DEA.

4. During my employment with the DEA, I have participated in numerous investigations and arrests relating to the distribution of controlled substances. These include the substances marijuana, heroin and cocaine, as well as other substances in violation of the state and federal anti-drug laws, including Title 21, United States Code, Sections 841(a)(1) and 846.

5. I am familiar with the habits, methods, routines, practices and procedures commonly employed by persons engaged in the trafficking of illegal drugs through my training, education, experience, and through discussions with other law enforcement officers and with confidential sources. I have also become familiar with the manner in which illegal drugs are transported, stored, and distributed, and with the methods of payment for such drugs. Further, I have participated in numerous physical

surveillances of the activities of persons involved in narcotics related activity and controlled purchases of drugs. I have also participated in the execution of numerous search warrants on premises that have been the sites of narcotics related activity, and have reviewed records of drug trafficking seized in such warrants.

6. I submit this affidavit in support of an application for a criminal complaint charging ROBERT P. HULTZEN with possession with intent to distribute, and distribution of, marijuana, a Schedule I controlled substance, in violation of Title 21, United States Code, Section 841(a)(1).

## BACKGROUND OF INVESTIGATION

7. Since January, 2005, I along with other DEA Special Agents, DEA Task Force Agents and other law enforcement personnel, have been investigating the criminal activities of HULTZEN and other associates of HULTZEN who distribute illegal drugs in the southeastern Massachusetts area. As a result of my personal participation in the investigation, interviews with and analysis of reports submitted by other law enforcement personnel, interviews of confidential sources, and my consultations with other law enforcement officers, I am familiar with this investigation. This Affidavit does not set forth every fact that I and other law enforcement agents know about this investigation, but simply sets forth the facts that I believe are sufficient to show probable cause necessary for the issuance of the requested

criminal complaint.

8. The investigation of HULTZEN was initiated in January, 2005 based on information received regarding the trafficking of marijuana by HULTZEN. Recently the investigation was assisted by a cooperating witness (hereinafter "CW-1"). CW-1 assisted in the investigation by arranging for and participating in the delivery of marijuana to HULTZEN, and participating in the receipt of money used for the payment of past deliveries of marijuana.

9. CW-1 wore a transmitter that recorded conversations as they took place. Surveillance was conducted by me and other agents. CW-1 also placed consensually recorded telephone calls to HULTZEN arranging the delivery of marijuana. Agents also videotaped the controlled delivery of marijuana.

### CONTROLLED DELIVERY OF APRIL 18, 2005

10. Recently, I received information from CW-1 that he was to deliver approximately 400 pounds of marijuana to HULTZEN, known to him as "Bob" on April 18, 2005. CW-1 knows this because CW-1 had a several year relationship with HULTZEN during which he made numerous deliveries of marijuana and received payments directly from HULTZEN.

11. On April 18, 2005 CW-1 made a series of telephone calls to HULTZEN arranging for the delivery of marijuana to HULTZEN from CW-1. At the direction of law enforcement, CW-1 transported approximately 400 pounds of marijuana from Arizona to Massachusetts in anticipation of delivering it to HULTZEN. CW-1

3

also was to receive payment from HULTZEN for prior deliveries to HULTZEN.

12. At approximately 7:00 p.m. on April 18, 2005, CW-1 and HULTZEN finalized the arrangements to meet for the delivery of marijuana in the parking lot of the South Shore Plaza in Braintree, MA.

13. I, and other agents were in contact with CW-1 prior to the delivery. Surveillance units were set up in the area of the parking lot of the South Shore Plaza.

14. At approximately 8:20 p.m. on April 18, 2005, CW-1 arrived in the parking lot, parked it's vehicle and waited for the arrival of HULTZEN. HULTZEN arrived several minutes later driving a gray pick-up truck. The truck was registered to a family member. I observed the truck back in and park adjacent to the CW-1's vehicle. CW-1 exited his vehicle and walked to HULTZEN's truck. HULTZEN exited his truck and met CW-1 and proceeded to the rear of the CW-1's vehicle. SA Hersey observed CW-1 and HULTZEN retrieve nine black duffel bags from the CW-1's vehicle and load them into the bed of HULTZEN's truck, and into the backseat area of HULTZEN's truck.

15. Agents then moved in and apprehended HULTZEN as he prepared to depart in his truck. The nine duffel bags that HULTZEN assisted in loading into his truck were seized and opened and the contents examined. Each of the bags were found to contain a green leafy matter consistent with marijuana.

16. HULTZEN was advised of his Miranda rights and

transported to the DEA for booking and subsequently secured overnight for safekeeping. He was transported to Federal Court in the morning of April 19, 2005.

17. The contents of the bags will be submitted to the DEA Northeast Regional Laboratory ("NERL") for further analysis and certification. Based upon my training and experience, the substance is marijuana with a net weight of more than 100 kilograms.

18. Based upon the foregoing, and based upon my training and experience, I submit that there is probable cause to believe that on April 18, 2005 in Norfolk County, ROBERT P. HULTZEN possessed with intent to distribute over 100 kilograms of marijuana, in violation of Title 21, United States Code, Section 841(a)(1).

Daniel Doherty
Special Agent
Drug Enforcement Administration

Sworn and subscribed to before me this 19th day of April, 2005 at Boston, Massachusetts.

Joyce London Alexander
UNITED STATES MAGISTRATE JUDGE

5

%JS 45 (5/97) - (Revised USAO MA 1/15/04)

| **Criminal Case Cover Sheet** | **U.S. District Court - District of Massachusetts** |

**Place of Offense:** _____  **Category No.** II  **Investigating Agency** DEA

**City** Weymouth   **Related Case Information:**

**County** Norfolk

Superseding Ind./ Inf. _____ Case No. _____
Same Defendant _____ New Defendant  x
Magistrate Judge Case Number _____
Search Warrant Case Number _____
R 20/R 40 from District of _____

**Defendant Information:**

Defendant Name   Robert P. Hultzen                    Juvenile  ☐ Yes  ☒ No

Alias Name _____

Address   107 West 68th Street Manhattan, N.Y.

Birth date (Year only): 1961  SSN (last 4 #): 7996  Sex  m  Race: White   Nationality: U.S.

Defense Counsel if known:  William Brown        Address:
                                              31 Milk Street, Boston, MA
Bar Number: _____

**U.S. Attorney Information:**

AUSA  Glenn A. MacKinlay    Bar Number if applicable _____

Interpreter:  ☐ Yes  ☒ No    List language and/or dialect: _____

Matter to be SEALED:  ☐ Yes  ☒ No

☐ Warrant Requested    ☐ Regular Process    ☒ In Custody

**Location Status:**

Arrest Date: _____

☒ Already in Federal Custody as  April 19, 2005    in  Boston, MA - DEA
☐ Already in State Custody _____   ☐ Serving Sentence   ☐ Awaiting Trial
☐ On Pretrial Release:  Ordered by _____ on _____

**Charging Document:**  ☒ Complaint    ☐ Information    ☐ Indictment

**Total # of Counts:**  ☐ Petty ____  ☐ Misdemeanor ____  ☒ Felony  1

Continue on Page 2 for Entry of U.S.C. Citations

☒   I hereby certify that the case numbers of any prior proceedings before a Magistrate Judge are accurately set forth above.

Date:  April 19, 2005        Signature of AUSA: _____

JS 45  (5/97) - (Revised USAO MA 3/25/02)  Page 2 of 2 or Reverse

**District Court Case Number** (To be filled in by deputy clerk): _____

**Name of Defendant**     Robert P. Hultzen

**U.S.C. Citations**

| Index Key/Code | Description of Offense Charged | Count Numbers |
|---|---|---|
| Set 1  21 U.S.C 841(a)(1) | Possession with Intent to Distribute Marijuana | 1 |
| Set 2 | | |
| Set 3 | | |
| Set 4 | | |
| Set 5 | | |
| Set 6 | | |
| Set 7 | | |
| Set 8 | | |
| Set 9 | | |
| Set 10 | | |
| Set 11 | | |
| Set 12 | | |
| Set 13 | | |
| Set 14 | | |
| Set 15 | | |

**ADDITIONAL INFORMATION:**