₳AO 458 (Rev. 10/95) Appearance

# UNITED STATES DISTRICT COURT

DISTRICT OF  MASS

## APPEARANCE

Case Number: MJ05 - mj - 231 JLA

To the Clerk of this court and all parties of record:

Enter my appearance as counsel in this case for ROBERT HULTZEN

FOR BAIL.

I certify that I am admitted to practice in this court.

Date 4/19/05

Signature: William Q

Print Name: WILLIAM A. BROWN    Bar Number: 061280

Address: 31 MILK ST

City: BOSTON    State: MA    Zip Code: 02109

Phone Number: 617-482-1001    Fax Number: 6174234058

FILED
In Open Court
USDC, Mass.
Date 4-19-05
C.O.