UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| UNITED STATES OF AMERICA ) | |
| ) | |
| v. ) | Mag. No.: 05-M-231-JLA |
| ) | |
| ROBERT P. HULTZEN ) | |

### ASSENTED TO MOTION TO ADVANCE DETENTION HEARING

The United States of America, through undersigned counsel, files this Motion to Advance Detention Hearing presently scheduled for Tuesday, April 26, 2005 at 2:00 p.m. to Monday, April 25, 2005 at 10:00 a.m. Pretrial Services has met with the defendant. As reason therefore, the government states that the interests of justice are served by allowing this motion. The defendant, through his attorney Anthony M. Cardinale assents to this motion.

Respectfully submitted,

MICHAEL J. SULLIVAN
UNITED STATES ATTORNEY

By: /s/ Glenn A. MacKinlay
GLENN A. MACKINLAY
Assistant U.S. Attorney