AO 458 (Rev. 10/95) Appearance

# UNITED STATES DISTRICT COURT

DISTRICT OF **MASS**

## APPEARANCE

Case Number: **MJ05-m-231 JLA**

To the Clerk of this court and all parties of record:

Enter my appearance as counsel in this case for **ROBERT HULTZEN**

**FOR BAIL.**

I certify that I am admitted to practice in this court.

**4/19/05**
Date

In Open Court
USDC, Mass.
Date 4-19-05

_William Q_ (Signature)

**WILLIAM A. BROWN  061280**
Print Name / Bar Number

**31 MILK ST**
Address

**BOSTON   MA   02109**
City / State / Zip Code

**617-482-1001 / 6174234058**
Phone Number / Fax Number