UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

------------------------------------------------------------X
: 
UNITED STATES OF AMERICA, :
:
:
: M505 M 231 JLA
v. :
:
:
ROBERT HULTZEN :
:
:
:
------------------------------------------------------------X

**DEFENDANT'S MOTION FOR CONDITIONAL RELEASE**

Defendant Robert Hultzen, pursuant to 18 U.S.C. section 1341, et seq., moves for his conditional release.

Dated: April 25, 2005

By his attorney,

Anthony M. Cardinale
BBO # 073460
Law Offices of Anthony M. Cardinale
655 Summer St.
Boston, MA 02210
(617) 345-5400

RECEIVED
Clerk's Office
USDC, Mass.
Date 4/25/05
By _____
Deputy Clerk