UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

USA
V

Robert P. Hultzen

MJ

1:05 -MJ-231-1

WITHDRAWAL OF APPEARANCE

Now comes undersigned counsel and withdraws his appearance, successor counsel having filed an appearance.

_____
William A. Brown
31 Milk St.
Boston, MA 02109
(617) 482-1001