AO 468 (1/86) Waiver of Preliminary Examination or Hearing

# United States District Court

_____ DISTRICT OF _Massachusetts_____

UNITED STATES OF AMERICA

v.

Robt. T. Hultzon

WAIVER OF PRELIMINARY
EXAMINATION OR HEARING
(Rule 5 or 32.1, Fed. R. Crim. P.)

Case Number: MJ 05 231 JLA

I, _Robt. T. Hultzon_____, charged in a (complaint) (petition) pending in this District with _Possession with intent to distribute a Schedule I Controlled Substance_

in violation of Title _____21_____, U.S.C., _841 (a)(1)_____,

and having appeared before this Court and been advised of my rights as required by Rule 5 or Rule 32.1, Fed. R. Crim. P., including my right to have a preliminary (examination) (hearing), do hereby waive (give up) my right to a preliminary (examination) (hearing).

_____
Defendant

_4/25/05_____        _____
Date                    Counsel for Defendant

FILED
In Open Court
USDC, Mass
Date 4/25/05
By ___Brown___
Deputy Clerk