UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| UNITED STATES ) | |
| ) | |
| V. ) | DOCKET NO |
| ) | 05-M-231-JLA |
| ROBERT HULTZEN, ) | |
| Defendant. ) | |

## APPEARANCE OF COUNSEL

NOW COMES the defendant, Robert Hultzen, and respectfully requests that this Honorable Court enter the appearance of the undersigned counsel in this matter.

Date: April 29, 2005

Respectfully submitted,
FOR THE DEFENDANT,

John C. McBride
John C. McBride, Esq.
BBO# 326960
McBRIDE & NATOLA
A Professional Association
The Waterfront Building
240 Commercial Street
Suite 2-B
Boston, MA 02109
Tel #: (617) 367-8844
Fax # (617) 523-5153

# **CERTIFICATE OF SERVICE**

    I, John C. McBride, counsel for the within named Defendant hereby certifies under the pains and penalties of perjury I have forwarded a copy of the attached document via first class mail, postage prepaid <u>and/or</u> via facsimile to the following individual(s):

U.S. Attorney's Office
Attn: Glenn McKenly, AUSA
Fax: (617) 748-3965

United States District Court
Attn: Mr. Rex Brown, Courtroom Clerk
One Courthouse Way
Boston, MA 02210

_____
JOHN C. McBRIDE

DATED: April 29, 2005