```
                UNITED STATES DISTRICT COURT
                  DISTRICT OF MASSACHUSETTS
```

UNITED STATES OF AMERICA    )
                            )
         v.                 )    Mag. No.: 05-M-231-JLA
                            )
ROBERT P. HULTZEN           )    **FILED UNDER SEAL**

**THIRD ASSENTED-TO MOTION TO EXCLUDE TIME
FROM SPEEDY TRIAL ACT COMPUTATIONS**

The United States, with the assent of defendant Robert P. Hultzen ("Hultzen"), hereby moves, pursuant to 18 U.S.C. §§ 3161(b) and 3161(h)(8), that the period July 19, 2005 through August 19, 2005, be excluded from all Speedy Trial Calculations (including any calculations made pursuant to 18 U.S.C. §3161(b)). As grounds therefore, the government states as follows:

    1.   On April 19, 2005 defendant, Hultzen, was charged by complaint with possession with intent to distribute marijuana, a Schedule I controlled substance, in violation of 21 U.S.C. § 841(a)(1).

    2.   Hultzen was arrested on April 18, 2005, and had his initial appearance before the Honorable Joyce London Alexander on April 19, 2005. At the initial appearance, the government moved for an order of detention pending trial and a hearing was scheduled for April 26, 2005.

    3.   The parties requested that the court advance the detention hearing date to April 25, 2005 in order to facilitate an




agreement reached concerning the cooperation of the defendant and his release to the custody of an agent from the Drug Enforcement Administration ("DEA").

4.   On April 25, 2005, the defendant appeared in court, waived his right to a probable cause hearing and was released to the custody of DEA Task Force Agent Daniel McGinn. The case has been pending action by the grand jury since then.

5.   The parties continue to be engaged in ongoing discussions regarding a possible resolution of this matter that would obviate the need for the return of an indictment and would resolve this matter short of trial. These discussions also include the United States Attorney's Office in Arizona. The parties therefore believe that the ends of justice served by extending the time in which an indictment must be filed outweigh the best interests of the public and the defendants in a speedy trial. This is the third request of the parties. The first request was filed on May 18, 2005, and the second request was filed on June 27, 2005.

6.   Based on the foregoing, the government hereby moves that the period from July 19, 2005 through August 19, 2005, be excluded from the Speedy Trial Act calculations pursuant to 18 U.S.C. §3161(h)(8)(A).

7.  Defendant, through his counsel, assents to this motion.

                Respectfully submitted,

                MICHAEL J. SULLIVAN
                UNITED STATES ATTORNEY

                /s/ Glenn A. MacKinlay
                GLENN A. MACKINLAY
                Assistant U.S. Attorney

CERTIFICATE OF SERVICE

A copy of this motion was served by fax on July 14, 2005 upon Robert P. Hultzen's counsel, John C. McBride, Esquire, McBride $ Natola, A Professional Association, The Waterfront Building, 240 Commercial Street, Suite 2-B, Boston, MA 02109.

GLENN A. MACKINLAY
Assistant U.S. Attorney