UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

UNITED STATES OF AMERICA            )
                                    )
                                    )
          v.                        )   Mag. No. 05-M-231-JLA
                                    )
ROBERT HULTZEN                      )

**GOVERNMENT'S ASSENTED TO MOTION TO DISMISS**

The United States of America, through undersigned counsel,
hereby requests that this court to dismiss the complaint in this
matter. As reasons therefore, the government states that the
defendant has been charged with similar crimes in Arizona by the
United States Attorney's Office in Tucson, Arizona. Accordingly,
the complaint may be properly dismissed in the interests of
justice. The defendant, through counsel John C. McBride, Esq.,
assents to this motion.

Respectfully submitted,

MICHAEL J. SULLIVAN
United States Attorney

By:

GLENN A. MACKINLAY
Assistant U.S. Attorney

CERTIFICATE OF SERVICE

This is to certify that I have this day served a copy of the foregoing document by faxing it to counsel for the defendant, John C. McBride, Esq.,

GLENN A. MACKINLAY